

ALL-STATE LEGAL®

EXHIBIT

E















Plan: MS_03242011
Plan Type: Congressional
Administrator:
User: M Long

# Population Summary Report

Thursday March 24, 2011                                                                5:26 PM

| DISTRICT | POPTOT10 | DEVIATION | % DEVN. | EXPVOTE | DPFIDX | VAPTOT10 | VAPNHW10 | VAPNHAA10 | VAPHISP_10 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 741,961 | 137 | 0.02 | 132,151 | 54,707 | 553,887 | 397,842 | 133,834 | 14,121 |
| 2 | 741,471 | -353 | -0.05 | 173,196 | 103,736 | 544,302 | 192,422 | 334,639 | 10,069 |
| 3 | 742,034 | 210 | 0.03 | 168,033 | 66,183 | 556,228 | 352,995 | 178,115 | 11,924 |
| 4 | 741,831 | 7 | 0.00 | 140,783 | 51,948 | 557,325 | 404,987 | 117,662 | 18,863 |

Total Population: 2,967,297
Ideal District Population: 741,824

## Summary Statistics

Population Range: 741,471 to 742,034
Ratio Range: 1.00
Absolute Range: -353 to 210
Absolute Overall Range: 563.00
Relative Range: -0.05% to 0.03%
Relative Overall Range: 0.08%
Absolute Mean Deviation: 176.75
Relative Mean Deviation: 0.02%
Standard Deviation: 250.02