IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

KELVIN BUCK, THOMAS PLUNKETT
JEANETTE SELF, CHRISTOPHER TAYLOR,
JAMES CROWELL, CLARENCE MAGEE, and
HOLLIS WATKINS, on behalf of themselves
and all others similarly situated                                                    PLAINTIFFS

VS.                                                                          NO. 3:01-cv-717-HTW-LRA

HALEY BARBOUR, in his official capacity as
Governor of the State of Mississippi, JIM HOOD,
in his official capacity as Attorney General of
The State of Mississippi, and DELBERT HOSEMANN,
in his official capacity as Secretary of State of the
State of Mississippi, as members of the State Board
of Election Commissioners; THE MISSISSIPPI
REPUBLICAN PARTY EXECUTIVE COMMITTEE;
THE MISSISSIPPI DEMOCRATIC PARTY EXECUTIVE
COMMITTEE; and ELIJAH WILLIAMS, in his official
capacity as Chairman of the Tunica County, Mississippi
Board of Election Commissioners, on behalf of himself
and all others similarly situated                                                    DEFENDANTS

### ENTRY OF APPEARANCE ON BEHALF OF THE MISSISSIPPI
### DEMOCRATIC PARTY EXECUTIVE COMMITTEE

PLEASE TAKE NOTICE that Samuel L. Begley of The Begley Law Firm, PLLC hereby enters his appearance as counsel for the Defendant, The Mississippi Democratic Party Executive Committee, in the above styled action.

This the 29th day of November, 2011.

RESPECTFULLY SUBMITTED,

By: /s/ Samuel L. Begley  _____
       Samuel L. Begley (MSB No. 2315)

sbegley1@bellsouth.net
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
(601)969-5545 (Telephone)
(601)969-5547 (Facsimile)

*Attorney for The Mississippi Democratic Party Executive Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Samuel L. Begley
Samuel L. Begley (MSB No. 2315)
sbegley1@bellsouth.net
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
(601)969-5545 (Telephone)
(601)969-5547 (Facsimile)