# THOMPSON_MOD2_DEC2011



| District | Population | Deviation | % Deviation | White | % White | Black | % Black | 18+_Pop | % 18+_Pop | 18+_Wht | % 18+_Wht | 18+_Blk | % 18+_Blk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 741824 | 0 | 0% | 521711 | 70.33% | 192539 | 25.95% | 553780 | 74.65% | 402785 | 72.73% | 134346 | 24.26% |
| 2 | 741826 | 2 | 0% | 239717 | 32.31% | 483153 | 65.13% | 544310 | 73.37% | 194885 | 35.8% | 336449 | 61.81% |
| 3 | 741824 | 0 | 0% | 459536 | 61.95% | 252838 | 34.08% | 556334 | 75% | 359015 | 64.53% | 178343 | 32.06% |
| 4 | 741823 | -1 | -0% | 533720 | 71.95% | 169855 | 22.9% | 557318 | 75.13% | 413956 | 74.28% | 118361 | 21.24% |