IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KELVIN BUCK, THOMAS PLUNKETT,**                                                        **PLAINTIFFS**
**JEANETTE SELF, CHRISTOPHER TAYLOR,**
**JAMES CROWELL, CLARENCE MAGEE, and**
**HOLLIS WATKINS, on behalf of themselves**
**and all others similarly situated**

VS.                                             **CIVIL ACTION NO. 3:11-cv-717-HTW-LRA**

**HALEY BARBOUR, in his official capacity as**
**Governor of the State of Mississippi, JIM HOOD,**
**in his official capacity as Attorney General of the**
**State of Mississippi, and DELBERT HOSEMANN,**
**in his official capacity as Secretary of State of the**
**State of Mississippi, as members of the State Board**
**of Election Commissioners; THE MISSISSIPPI**
**REPUBLICAN PARTY EXECUTIVE COMMITTEE;**
**THE MISSISSIPPI DEMOCRATIC PARTY EXECUTIVE**
**COMMITTEE; and ELIJAH WILLIAMS, in his official**
**capacity as Chairman of the Tunica County, Mississippi**
**Board of Election Commissioners, on behalf of himself**
**and all others similarly situated**                         **DEFENDANTS**

## MOTION TO CONSOLIDATE CASE

COME NOW the plaintiffs, Kelvin Buck, Thomas Plunkett, Jeanette Self, Christopher Taylor, James Crowell, Clarence Magee, and Hollis Watkins, on behalf of themselves and all others similarly situated,[1] pursuant to Fed. R. Civ. P. 42(a), and move the Court to consolidate this case with the case filed in this Court and styled *John Robert Smith, et. al. v. Eric Clark, Secretary of State of Mississippi, et. al.,* Civil Action No. 3:01-CV-855WS on the following grounds:

---

[1] Plaintiffs filed the case as a class action. However, plaintiffs have not filed a formal motion for class certification yet.

1

1.      The instant case and the case styled *John Robert Smith, et. al. v. Eric Clark, Secretary of State of Mississippi, et. al.,* Civil Action No. 3:01-CV-855WS involve a common question of law.[2] The common question of law is whether or not current congressional districts are unconstitutionally malapportioned.

2.      The instant case is not barred by the doctrine of collateral estoppel[3] nor the doctrine of res judicata.  See, *Oreck Direct, LLC v. Dyson, Inc.*, 560 F. 3d 398, 401 (5th Cir. 2009).

3.      The two cases are related, and consolidation would avoid duplicative litigation.  In such a situation, cases that are related should be consolidated.  See, *American Home Assurance Company v. Roxco, Ltd.*, 81 F. Supp. 2d 674 (S. D., Miss. 1999).

**WHEREFORE, PREMISES CONSIDERED**, plaintiffs move to consolidate the instant case with the case filed in this Court and styled *John Robert Smith, et. al. v. Eric Clark, Secretary*

---

[2] The cases do not involve a common question of fact.  The Court inquired at the hearing held in styled *John Robert Smith, et. al. v. Eric Clark, Secretary of State of Mississippi, et. al.,* Civil Action No. 3:01-CV-855WS on November 22, 2011 whether the instant case is barred by the doctrine of collateral estoppel.  The answer is " no", the instant case is not barred by the doctrine of collateral estoppel.  In order for collateral estoppel to "bar a lawsuit, three elements must exist: 1) the issue at stake must be identical to the one involved in the prior litigation; 2) the determination of the issue in the prior litigation must have been a critical, necessary part of the judgment in that earlier action; and 3) the special circumstances must not exist which would render preclusion inappropriate or unfair." *E. E. O. C. v. American Airlines*, 48 F. 3d 164, 167 (5th Cir. 1995), *quoting, Texas Pig Stands, Inc. v. Hard Rock Café Int'l, Inc.*, 951 F. 2d 684, 691 (5th Cir. 1992) (citing, *Montana v. United States*, 440 U. S. 147, 154, 99 S. Ct. 970, 974, 59 L. Ed. 2d 1979)).  See, also, *Recoveredge L.P. v. Pentecost*, 44 F. 3d 1284, 1290 (5th Cir. 1995). However, collateral estoppel applies "only when - the facts and the legal standard used to assess the facts are the same in both proceedings." *Taylor v. Charter Medical Corp.*, 162 F. 3d 827, 832 (5th Cir. 1998).  When the relevant facts in the second case are significantly different from the facts in the previous case, collateral estoppel does not apply.  *Id.*  See, also, *Brister v. A.W.I., Inc.*, 946 F. 2d 350 (5th Cir. 1991); *E. E. O. C. v. American Airlines*, supra.  The significant change and difference in the facts in the two cases constitutes a special circumstance which would render preclusion inappropriate or unfair.

[3] See, footnote 2 above.

*of State of Mississippi, et. al.,* Civil Action No. 3:01-CV-855WS.

  THIS, the 7th day of December, 2011.

        Respectfully submitted,
        KELVIN BUCK, THOMAS M. PLUNKETT,
        JEANETTE SELF, CHRISTOPHER TAYLOR,
        JAMES CROWELL, CLARENCE MAGEE, and
        HOLLIS WATKINS, on behalf of themselves and
        all others similarly situated, PLAINTIFFS

    BY: */s/ Carroll Rhodes*
       CARROLL RHODES, ESQ. - MSB #5314
       LAW OFFICES OF CARROLL RHODES
       POST OFFICE BOX 588
       HAZLEHURST, MS 39083-0588
       TELEPHONE: (601) 894-4323
       FAX:   (601) 894-1464
       E-MAIL:   crhode@bellsouth.net

       DEBORAH McDONALD, ESQ. - MSB # 2384
       POST OFFICE BOX 2038
       NATCHEZ, MS 39120
       TELEPHONE: (601) 445-5577
       E-MAIL: attorneydmc@bellsouth.net

       JOHN L. WALKER, JR., ESQ. - MSB # 6883
       PHILLIP J. BROOKINS, ESQ. - MSB # 4589
       WALKER GROUP, PC
       POST OFFICE BOX 22849
       JACKSON, MS 39225-2849
       TELEPHONE: (601) 948-4589
       FAX: (601) 354-2507
       E-MAIL:   jwalker@walkergrouppc.com
       E-MAIL: jbrookins@walkergrouppc.com

       ELLIS TURNAGE, ESQ. - MSB # 8131
       TURNAGE LAW OFFICE
       POST OFFICE BOX 216
       CLEVELAND, MS 38732-0216
       TELEPHONE: 9662) 843-2811
       FAX: (662) 843-6133
       E-MAIL: eturnage@techinfo.com

          WILLIE GRIFFIN, ESQ. - MSB # 5022
          BAILEY & GRIFFIN
          POST OFFICE BOX 189
          GREENVILLE, MS 38702-0189
          TELEPHONE: (662) 335-1966
          FAX: (662) 335-1959
          E-MAIL:  wgriffinlawyer@aol.com

          PRECIOUS MARTIN, ESQ. - MSB #10619
          PRECIOUS MARTIN, SR. & ASSOC., PLLC
          POST OFFICE BOX 373
          JACKSON., MS 39205-0373
          TELEPHONE: (601) 944-1447
          FAX: (601) 944-1448
          E-MAIL: pmartin@ptmandassoc.com

          LETITIA JOHNSON, ESQ. - MSB # 102724
          POST OFFICE BOX 588
          HAZLEHURST, MS 39083
          TELEPHONE: (601) 540-8495
          FAX:   (601) 366-3982
          E-MAIL: letitiajohnson2001@gmail.com

## **CERTIFICATE OF SERVICE**

  I, Carroll Rhodes, one of the attorneys for the plaintiffs, do hereby certify that I have this date electronically filed the foregoing Amended Complaint with the Clerk of Court using the ECF system which sent notification of such filing to the following:

 Samuel L. Begley, Esq.
 BEGLEY LAW FIRM, PLLC
 P. O. Box 287
 Jackson, MS 39205
 sbegley1@bellsouth.net

This the 7th day of December, 2011.

          */s/ Carroll Rhodes*
          CARROLL RHODES