IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KELVIN BUCK, THOMAS PLUNKETT,**                                **PLAINTIFFS**
**JEANETTE SELF, CHRISTOPHER TAYLOR,**
**JAMES CROWELL, CLARENCE MAGEE, and**
**HOLLIS WATKINS, on behalf of themselves**
**and all others similarly situated**

VS.                                CIVIL ACTION NO. 3:11-cv-717-HTW-EGJ-DB-LRA

**HALEY BARBOUR, in his official capacity as**
**Governor of the State of Mississippi, JIM HOOD,**
**in his official capacity as Attorney General of the**
**State of Mississippi, and DELBERT HOSEMANN,**
**in his official capacity as Secretary of State of the**
**State of Mississippi, as members of the State Board**
**of Election Commissioners; THE MISSISSIPPI**
**REPUBLICAN PARTY EXECUTIVE COMMITTEE;**
**THE MISSISSIPPI DEMOCRATIC PARTY EXECUTIVE**
**COMMITTEE; and ELIJAH WILLIAMS, in his official**
**capacity as Chairman of the Tunica County, Mississippi**
**Board of Election Commissioners, on behalf of himself**
**and all others similarly situated**                          **DEFENDANTS**

## MOTION FOR A PRELIMINARY INJUNCTION

COME NOW the plaintiffs, Kelvin Buck, Thomas Plunkett, Jeanette Self, Christopher Taylor, James Crowell, Clarence Magee, and Hollis Watkins, on behalf of themselves and all others similarly situated,[1] pursuant to 28 U. S. C. § 2284 and Fed. R. Civ. P. 65, and move the Court to issue a preliminary injunction enjoining congressional elections using the benchmark districts[2] on

---

[1] Plaintiffs filed the case as a class action. However, plaintiffs have not filed a formal motion for class certification yet.

[2] The benchmark districts are the current congressional districts implemented by the Order of this Court in 2002 with the 2010 census data applied to those districts.

1

the following grounds:

    1.    The benchmark districts violate the equal population principles of Article 1, Section 2 and the 14th amended to the United States Constitution. Compare, *White v. Weiser*, 412 U. S. 783 (1973) (congressional reapportionment plan with a total deviation range of 4.13% was unconstitutional), with *Connor v. Johnson*, 279 F. Supp. 619 (S. D. Miss. 1966) (per curiam), *aff'd*, 386 U. S. 483 (congressional reapportionment plan with a total deviation range of 3.20% was acceptable). The total range of population deviation in the benchmark districts is 16.87%. It would violate plaintiffs' constitutional rights to conduct any election under this plan. See, *White v. Weiser*, supra; *Smith v. Clark*, 189 F. Supp. 2d 503 (S. D. Miss. 2002), *aff'd*, *sub. nom.*, *Branch v. Smith*, 538 U. S. 254 (2003).

    2.    The Mississippi Legislature has failed in its duty to reapportion congressional districts in a timely manner prior to the 2012 congressional elections. Consequently, this Court has an obligation to reapportion congressional districts in time for the 2012 congressional elections. *Smith v. Clark*, supra.

    3.    Plaintiffs have drafted a new apportionment plan that satisfies the equal population requirement of the United States Constitution. That plan containing a map, statistical data, and report is attached to plaintiffs' amended complaint and incorporated herein by reference.

    4.    Plaintiffs request the Court to take judicial notice of the Court file and the 2010 census data.

WHEREFORE, PREMISES CONSIDERED, plaintiffs move the Court to enter a preliminary injunction enjoining use of the benchmark plan for congressional elections in 2012 and implementing the apportionment plan attached to plaintiffs' amended complaint.

Since the authorities for this motion are contained herein, plaintiffs request leave of court from the requirement of filing a separate memorandum of authorities.

And, plaintiffs request general relief.

THIS, the 8th day of December, 2011.

    Respectfully submitted,
    KELVIN BUCK, THOMAS M. PLUNKETT,
    JEANETTE SELF, CHRISTOPHER TAYLOR,
    JAMES CROWELL, CLARENCE MAGEE, and
    HOLLIS WATKINS, on behalf of themselves and
    all others similarly situated, PLAINTIFFS

BY:   */s/ Carroll Rhodes*
       CARROLL RHODES, ESQ. - MSB #5314
       LAW OFFICES OF CARROLL RHODES
       POST OFFICE BOX 588
       HAZLEHURST, MS 39083-0588
       TELEPHONE: (601) 894-4323
       FAX:   (601) 894-1464
       E-MAIL:  crhode@bellsouth.net

       DEBORAH McDONALD, ESQ. - MSB # 2384
       POST OFFICE BOX 2038
       NATCHEZ, MS 39120
       TELEPHONE: (601) 445-5577
       E-MAIL: attorneydmc@bellsouth.net

       JOHN L. WALKER, JR., ESQ. - MSB # 6883
       PHILLIP J. BROOKINS, ESQ. - MSB # 4589
       WALKER GROUP, PC
       POST OFFICE BOX 22849
       JACKSON, MS 39225-2849
       TELEPHONE: (601) 948-4589
       FAX: (601) 354-2507
       E-MAIL:  jwalker@walkergrouppc.com
       E-MAIL: jbrookins@walkergrouppc.com

       ELLIS TURNAGE, ESQ. - MSB # 8131
       TURNAGE LAW OFFICE
       POST OFFICE BOX 216

>CLEVELAND, MS 38732-0216
>TELEPHONE: 9662) 843-2811
>FAX: (662) 843-6133
>E-MAIL: eturnage@techinfo.com
>
>WILLIE GRIFFIN, ESQ. - MSB # 5022
>BAILEY & GRIFFIN
>POST OFFICE BOX 189
>GREENVILLE, MS 38702-0189
>TELEPHONE: (662) 335-1966
>FAX: (662) 335-1959
>E-MAIL:   wgriffinlawyer@aol.com
>
>PRECIOUS MARTIN, ESQ. - MSB #10619
>PRECIOUS MARTIN, SR. & ASSOC., PLLC
>POST OFFICE BOX 373
>JACKSON., MS 39205-0373
>TELEPHONE: (601) 944-1447
>FAX: (601) 944-1448
>E-MAIL: pmartin@ptmandassoc.com
>
>LETITIA JOHNSON, ESQ. - MSB # 102724
>POST OFFICE BOX 588
>HAZLEHURST, MS 39083
>TELEPHONE: (601) 540-8495
>FAX:   (601) 366-3982
>E-MAIL: letitiajohnson2001@gmail.com

## **CERTIFICATE OF SERVICE**

I, Carroll Rhodes, one of the attorneys for the plaintiffs, do hereby certify that I have this date electronically filed the foregoing Motion for a Preliminary Injunction with the Clerk of Court using the ECF system which sent notification of such filing to the following:

>Samuel L. Begley, Esq.
>BEGLEY LAW FIRM, PLLC
>P. O. Box 287
>Jackson, MS 39205
>sbegley1@bellsouth.net

This the 8th day of December, 2011.

>*/s/ Carroll Rhodes*
>CARROLL RHODES

4