IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KELVIN BUCK, ET AL.**                                                                             **PLAINTIFFS**

**VS.**                                  **CIVIL ACTION NO. 3:11CV717-HTW-EGJ-DCB**

**HALEY BARBOUR, in his official capacity as**
**Governor of the State of Mississippi, ET AL.**                            **DEFENDANTS**

---

### RESPONSE TO MOTION TO CONSOLIDATE
---

Defendant Jim Hood, in his official capacity as Attorney General of the State of Mississippi and as Member of the State Board of Election Commissioners, files this his Response to the Plaintiffs' Motion to Consolidate [Docket No. 7] and states that he has no objection to consolidation of this action with Civil Action No. 3:01cv855-WS as proposed by plaintiffs.

THIS the 12th day of December, 2011.

                                               Respectfully submitted,

                                               JIM HOOD, IN HIS OFFICIAL CAPACITY
                                               AS ATTORNEY GENERAL FOR
                                               THE STATE OF MISSISSIPPI AND AS
                                               MEMBER OF THE STATE BOARD
                                               OF ELECTION COMMISSIONERS

                   By:      S/Harold E. Pizzetta, III
                               Harold E. Pizzetta, III (Bar No. 99867)
                               *hpizz@ago.state.ms.us*
                               Justin L. Matheny (Bar No. 100754)
                               *jmath@ago.state.ms.us*

Office of the Attorney General
Civil Litigation Division
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-3860

Facsimile: (601) 359-2003

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed electronically with the Clerk of Court and thereby served on all persons who have appeared as counsel of record in this action.

THIS the 12th day of December, 2011.

S/Harold E. Pizzetta, III<br>
Harold E. Pizzetta, III