# Mississippi Congressional Redistricting Plan
## United States District Court
## Southern District of Mississippi
### December 19, 2011

