# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 23, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States District Court for the Southern
District of Mississippi
Room 416
245 East Capitol Street
Jackson, MS 39201



Re: Kelvin Buck, et al.
    v. Michael Watson, et al.
    No. 22-492
    (Your No. 3:11-cv-717)

Dear Clerk:

An appeal in the above-entitled case was filed in this Court November 21, 2022 and placed on the docket November 23, 2022, as No. 22-492.

Sincerely,

Scott S. Harris, Clerk

by

Susan Frimpong
Case Analyst