# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 21, 2023

Clerk
United States District Court for the Southern
District of Mississippi
Room 416
245 East Capitol Street
Jackson, MS  39201



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
FEB 2 4 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

    Re:  Kelvin Buck, et al.
         v. Michael Watson, et al.
         No. 22-492
         (Your No. 3:11-cv-717)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The appeal is dismissed for want of jurisdiction.

    The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*Scott S. Harris* (signature)

**Scott S. Harris, Clerk**