# Supreme Court of the United States

No. 22–492

**KELVIN BUCK, ET AL.,**

Appellants,

v.

**MICHAEL WATSON, ET AL.**

**ON APPEAL** to the United States District Court for the Southern District of Mississippi.

**THIS CAUSE** having been submitted on the jurisdictional statement and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the appeal is dismissed for want of jurisdiction.

February 21, 2023

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States