# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 27, 2023

Clerk
United States District Court
  for the Southern District of Mississippi
Thad Cochran United States Courthouse
501 E. Court Street
Suite 2.500
Jackson, MS 39201

      Re:  Kelvin Buck, et al.
           v. Michael Watson, et al.,
           No. 22-492 (Your docket No. 3:11-CV-717)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      *M. Altner*
      M. Altner
      Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 27, 2023

Mr. Carroll Rhodes, Esq.
Law Offices of Carroll Rhodes
PO Box 588
119 Downing Street
Hazlehurst, MS 39083

Mr. Scott Grant Stewart, Esq.
Mississippi Attorney General's Office
PO Box 220
Jackson, MS 39205-0220

Mr. Michael Brunson Wallace, Esq.
Wise Carter Child & Caraway
PO Box 651
Jackson, MS 39201

      Re:  Kelvin Buck, et al.
           v. Michael Watson, et al.,
           No. 22-492

Dear Counsel:

      Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States District Court for the Southern District of Mississippi.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      M. Altner
      Judgments/Mandates Clerk

cc:  Clerk, S.D. Miss.
      (Your docket No. 3:11-CV-717)